1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   MOSSACK FONSECA AND CO., S.A.,  ) Case No. 2:19-cv-09930-CBM-ASx
12   et al.,                         )
                                     ) **ORDER GRANTING**
13              Plaintiffs,          ) **STIPULATION RE: FILING OF**
                                     ) **SECOND AMENDED COMPLAINT**
14         vs.                       ) **AND SETTING DEADLINE FOR**
                                     ) **DEFENDANT NETFLIX, INC. TO**
15                                   ) **FILE ANSWER TO SECOND**
     NETFLIX, INC.,                  ) **AMENDED COMPLAINT  [50]**
16                                   )
                                     )
17              Defendant.           ) [Stipulation and Declaration of Michael
                                     ) J. Niborski filed concurrently herewith]
18                                   )
                                     )
19                                   )
20  _____  )
21
22
23
24
25
26
27
28

# ORDER

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, based on the concurrently filed Stipulation of the parties thereto, the Second Amended Complaint attached hereto as EXHIBIT 1 hereto shall be deemed filed as of this date and Defendant NETFLIX, INC. shall have up to and including February 14, 2020 to answer the Second Amended Complaint in this action.

IT IS SO ORDERED.

Dated: January 21, 2020          By: _____
                                      Judge Consuelo B. Marshall
                                      United States District Judge