# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOSSACK FONSECA & CO., S.A., ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>NETFLIX INC.<br><br>Defendant. | Case No. 2:19-cv-09330-CBM-ASx<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE AND EXTENDING DEADLINE FOR THE PARTIES TO FILE A RULE 26(f) DISCOVERY PLAN [57]** |

For the reasons set forth in the stipulation of the parties and the declaration of counsel, and for good cause shown, the Court hereby continues the scheduling conference in this matter to July 28, 2020 and extends the deadline for the parties to file a Rule 26(f) Discovery Plan to July 21, 2020.

IT IS SO ORDERED.

Dated: APRIL 22, 2020
_____

CONSUELO B. MARSHALL
DISTRICT JUDGE