# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSSACK FONSECA AND CO., S.A., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 2:19-cv-09330-CBM-ASx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE:**<br><br>**(1) SCHEDULING CONFERENCE [DOCKET NO. 58];**<br><br>**(2) HEARING DATE ON DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER THE CALIFORNIA ANTI-SLAPP STATUTE [DOCKET NO. 59]**<br><br>**(3) HEARING DATE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DOCKET NO. 60]**<br><br>[61]<br>[NOTE CHANGES MADE BY COURT] |

# ORDER

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, based on the concurrently filed Stipulation of the parties thereto, as follows:

1. The hearing date on Defendant's Special Motion to Strike Plaintiffs' Second Amended Complaint Under the California Anti-SLAPP Statute [Docket No. 59] (the "Anti-SLAPP Motion"), currently set for July 28, 2020 at 10:00 a.m., shall be continued until **August 18, 2020 at 10:00 a.m.**

2. The hearing date on Defendant's Motion for Judgment on the Pleadings [Docket No. 60] (the "MJOP"), currently set for July 28, 2020 at 10:00 a.m., shall be continued until **August 18, 2020 at 10:00 a.m.**

3. Plaintiffs shall file their Oppositions to the Anti-SLAPP Motion and the MJOP on or before **July 10, 2020**, and Defendant shall file its Replies in support of the Anti-SLAPP Motion and MJOP on or before **July 28, 2020**.

4. The Scheduling Conference currently set for July 28, 2020 at 10:00 a.m. shall be continued until **August 18, 2020 at 10:00 a.m.**

5. The Parties shall file their Joint Rule 26(f) Report in preparation for the Scheduling Conference on or before **August 11, 2020**.

**IT IS SO ORDERED.**

Dated: July 7, 2020        By: _____
                               Judge Consuelo B. Marshall
                               United States District Judge