UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 19-9330-CBM-(ASx) |
| Date | August 7, 2020 |
| Title | *Mossack Fonseca & Co., S.A. et al. v. Netflix Inc.* |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendant:

NONE PRESENT   NONE PRESENT

Proceedings:   **IN CHAMBERS- ORDER RE: DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT UNDER THE CALIFORNIA ANTI-SLAPP STATUTE; DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS; AND SCHEDULING CONFERENCE**

The matters before the Court are: (1) Defendant's Motion to Strike Plaintiff's Second Amended Complaint under the California Anti-SLAPP Statute (Dkt. No. 59); and (2) Defendant's Motion for Judgment on the Pleadings (Dkt. No. 60) (collectively, the "Motions").

In connection with the Motion for Judgment on the Pleadings, Defendant filed a notice of lodging of "a DVD containing a true and correct copies [sic] of the feature film 'The Laundromat'" (Exhibit 1) and "a true and correct copy of the book entitled *Secrecy World: Inside the Panama Papers Investigation of Illicit Mooney Networks and the Global Elite,* authored by Jake Bernstein" (Exhibit 2). (Dkt. No. 60-1.)

Defendant shall FedEx chambers copies of Exhibits 1 and 2 to the Notice of Lodging no later than **August 13, 2020**, to the following:

> Yolanda Skipper
> United States District Court
> Central District of California
> 350 West 1st Street, Suite 4311
> Los Angeles, CA 90012-4555.

The hearing on Defendant's Motions and Scheduling Conference is continued from August 18, 2020 to **September 29, 2020, at 10:00 a.m.** The parties shall file their Joint Rule 26(f) Report in preparation for the Scheduling Conference **no later than September 22, 2020**.

**IT IS SO ORDERED.**