UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 19-9330-CBM(ASx)** | Date | SEPTEMBER 28, 2020 |
|---|---|---|---|

| Title | Mossack Fonseca and Co., S.A. et al v. Netflix Inc. |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

The Court finds that Defendant's motion to strike [59], and Motion for judgment on the pleadings [60] both currently set for hearing on September 29, 2020, are appropriate for decision without oral argument.

Accordingly, these motions are hereby taken UNDER SUBMISSION and the hearing is vacated.

No appearances are necessary on September 29, 2020.  A written order will issue.

The Scheduling Conference will be continued to **November 24, 2020 at 10:00 a.m.**

IT IS SO ORDERED.

cc: all parties