UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-9330-CBM(ASx) | Date | DECEMBER 11, 2020 |

Title    MOSSACK FONSECA AND CO., S.A., ET AL., V. NETFLIX, INC.,

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Scheduling Conference, currently scheduled for December 15, 2020, is hereby ordered continued to ***January 12, 2021 at 10:00 a.m.***

IT IS SO ORDERED.

cc: all parties