Michael J. Niborski (State Bar No. 192111)
*mniborski@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6616
Fax: (310) 943-3397

Tom J. Ferber (Admitted PRO HAC VICE)
*tferber@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569
Tel: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Defendant*
NETFLIX, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSSACK FONSECA AND CO., S.A., et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No. 2:19-cv-09330-CBM-AS<br><br>**DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT OF STIPULATION TO CONTINUE DEADLINE TO FILE MOTIONS FOR ATTORNEYS' FEES IN CONNECTION WITH:**<br><br>**(1) DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER THE CALIFORNIA ANTI-SLAPP STATUTE [DOCKET NO. 59]; and**<br><br>**(2) DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DOCKET NO. 60]**<br><br>[Stipulation filed and Proposed Order lodged concurrently herewith] |

## DECLARATION OF MICHAEL J. NIBORSKI

I, Michael J. Niborski, hereby declare as follows:

1. I am a partner with the law firm of Pryor Cashman LLP, counsel of record in this action for Defendant NETFLIX, INC. ("Netflix"). I have personal knowledge of the facts set forth in this Declaration, except for those matters stated to be based upon my information and belief, and if called upon to do so I could and would competently testify thereto.

2. I submit this Declaration in support of the concurrently filed STIPULATION TO CONTINUE DEADLINE TO FILE MOTIONS FOR ATTORNEYS' FEES IN CONNECTION WITH: (1) DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER THE CALIFORNIA ANTI-SLAPP STATUTE [DOCKET NO. 59]; and (2) DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DOCKET NO. 60] entered into between counsel for NETFLIX and Plaintiffs MOSSACK FONSECA & CO., S.A., BUFETE MF & CO., JURGEN MOSSACK and RAMON FONSECA ("Plaintiffs") (together referred to herein as the "Parties").

3. The Court entered an Order Granting Defendant's Special Motion to Strike Plaintiffs' Second Amended Complaint Under the California Anti-SLAPP Statute (the "Anti-SLAPP Motion") on December 23, 2020 [Docket No. 75].

4. The Court entered an Order Granting Defendant's Motion for Judgment on the Pleadings (the "MJOP") on December 28, 2020 [Docket No. 76].

5. The Parties are currently engaged in a negotiation regarding the possible waiver of motions for attorneys' fees in connection with the Anti-SLAPP Motion and MJOP in exchange for waiver of an appeal of the Orders Granting the Anti-SLAPP Motion and MJOP.

6. In order to facilitate the foregoing negotiation and in the interests of judical efficiency, the Parties here stipulate and agree, pending the Court's approval, to extend the deadline to file any motions for attorneys' fees in connection with the Anti-

SLAPP Motion and MJOP as follows: (a) the deadline to file a motion for attorneys' fees in connection with the Anti-SLAPP Motion shall be continued until **January 27, 2021**, and (b) the deadline to file a motion for attorneys' fees in connection with the MJOP shall be continued until **February 1, 2021.**

    I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on January 4, 2021, at Los Angeles, California.

                                */s/ Michael J. Niborski*
                                Michael J. Niborski