# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSSACK FONSECA AND CO., S.A., et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NETFLIX, INC.,<br><br>　　　　Defendant. | Case No. 2:19-cv-09330-CBM-ASx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE MOTIONS FOR ATTORNEYS' FEES IN CONNECTION WITH:**<br><br>**(1) DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER THE CALIFORNIA ANTI-SLAPP STATUTE [DOCKET NO. 59]; and**<br><br>**(2) DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DOCKET NO. 60] [77]**<br><br>[Stipulation and Declaration of Michael J. Niborski filed concurrently herewith] |

## ORDER

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, based on the concurrently filed Stipulation of the parties thereto, as follows:

1. The deadline to file a motion for attorneys' fees in connection with Defendant's Special Motion to Strike Plaintiffs' Second Amended Complaint Under the California Anti-SLAPP Statute [Docket No. 59] (the "Anti-SLAPP Motion"), shall be continued until **January 27, 2021.**

2. The deadline to file a motion for attorneys' fees in connection with Defendant's Motion for Judgment on the Pleadings [Docket No. 60] (the "MJOP"), shall be continued until **February 1, 2021.**

IT IS SO ORDERED.

Dated: JANUARY 6, 2021         By: _____
                                    Judge Consuelo B. Marshall
                                    United States District Judge