Michael J. Niborski (State Bar No. 192111)
mniborski@pryorcashman.com
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6616
Fax: (310) 943-3397

Tom J. Ferber (Admitted PRO HAC VICE)
tferber@pryorcashman.com
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569
Tel: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Defendant*
NETFLIX, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSSACK FONSECA AND CO., S.A., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 2:19-cv-09330-CBM-AS<br><br>**STIPULATION TO CONTINUE DEADLINE TO FILE MOTIONS FOR ATTORNEYS' FEES IN CONNECTION WITH:**<br><br>**(1) DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER THE CALIFORNIA ANTI-SLAPP STATUTE [DOCKET NO. 59]; and**<br><br>**(2) DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DOCKET NO. 60]**<br><br>[Declaration of Michael J. Niborski filed and Proposed Order lodged concurrently herewith] |

Pursuant to Central District of California Local Rule 7-1, IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs MOSSACK FONSECA & CO., S.A., BUFETE MF & CO., JURGEN MOSSACK and RAMON FONSECA ("Plaintiffs") and defendant NETFLIX, INC. ("Netflix") (collectively, the "Parties") as follows:

1. The Court entered an Order Granting Defendant's Special Motion to Strike Plaintiffs' Second Amended Complaint Under the California Anti-SLAPP Statute (the "Anti-SLAPP Motion") on December 23, 2020 **[Docket No. 75]**.

2. The Court entered an Order Granting Defendant's Motion for Judgment on the Pleadings (the "MJOP") on December 28, 2020 **[Docket No. 76]**.

3. The Parties are currently engaged in a negotiation regarding the possible waiver of motions for attorneys' fees in connection with the Anti-SLAPP Motion and MJOP in exchange for waiver of an appeal of the Orders Granting the Anti-SLAPP Motion and MJOP.

4. In order to facilitate the foregoing negotiation and in the interests of judicial efficiency, the Parties previously stipulated and the court ordered thereon that (a) the deadline to file a motion for attorneys' fees in connection with the Anti-SLAPP Motion shall be continued until January 27, 2021, and (b) the deadline to file a motion for attorneys' fees in connection with the MJOP shall be continued until February 1, 2021. **[Docket No. 78]**.

5. Counsel for the Parties are continuing to negotiate in good faith on the foregoing and believe that a resolution may be achieved. Therefore, in order to facilitate the foregoing negotiation and in the interests of judicial efficiency, the Parties hereby stipulate and agree, pending the Court's approval, that (a) the deadline to file a motion for attorneys' fees in connection with the Anti-SLAPP Motion shall be continued until **February 17, 2021**, and (b) the deadline to file a motion for attorneys' fees in connection with the MJOP shall be continued until **February 22, 2021.**

IT IS SO STIPULATED.

**RICHARD G. NOVAK,**
**A PROFESSIONAL LAW CORPORATION**

**STEPHAN E. SEEGER**

Dated: January 21, 2021       By:   */s/ Stephan E. Seeger*
Richard G. Novak
richard@rgnlaw.com

Stephan E. Seeger
(Admitted PRO HAC VICE)
Seegerkid2@aol.com

*Attorneys for Plaintiffs*
MOSSACK FONSECA & CO., S.A.,
BUFETE MF & CO., JURGEN MOSSACK
and RAMON FONSECA

**PRYOR CASHMAN LLP**

Dated: January 21, 2021       By:   */s/ Michael J. Niborski*
Michael J. Niborski
mniborski@pryorcashman.com

Tom J. Ferber
(Admitted PRO HAC VICE)
tferber@pryorcashman.com

*Attorneys for Defendant*
NETFLIX, INC.

**ATTESTATION REGARDING SIGNATURES**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: January 21, 2021     By:  /s/ Michael J. Niborski
                                  Michael J. Niborski
                                  mniborski@pryorcashman.com