Michael J. Niborski (State Bar No. 192111)
*mniborski@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6616
Fax: (310) 943-3397

Tom J. Ferber (Admitted PRO HAC VICE)
*tferber@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036-6569
Tel: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Defendant*
NETFLIX, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSSACK FONSECA AND CO., S.A., et al., | Case No. 2:19-cv-09330-CBM-AS |
| Plaintiffs, | **STIPULATION RE: WAIVER OF APPEAL AND MOTIONS FOR ATTORNEYS' FEES IN CONNECTION WITH:** |
| vs. | |
| NETFLIX, INC., | **(1) DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER THE CALIFORNIA ANTI-SLAPP STATUTE [DOCKET NO. 59]; and** |
| Defendant. | **(2) DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [DOCKET NO. 60]** |

Pursuant to C.D. California Local Rule 7-1, IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs MOSSACK FONSECA & CO., S.A., BUFETE MF & CO., JURGEN MOSSACK and RAMON FONSECA  ("Plaintiffs") and defendant NETFLIX, INC. ("Netflix") (collectively, the "Parties") as follows:

1.     The Court entered an Order Granting Defendant's Special Motion to Strike Plaintiffs' Second Amended Complaint Under the California Anti-SLAPP Statute (the "Anti-SLAPP Motion") on December 23, 2020 **[Docket No. 75].**

2.     The Court entered an Order Granting Defendant's Motion for Judgment on the Pleadings (the "MJOP") on December 28, 2020 **[Docket No. 76].**

3.     Plaintiffs have agreed to waive any rights of appeal in connection with the Orders Granting the Anti-SLAPP Motion and MJOP, and in consideration thereof, Netflix has agreed to waive any motions for attorneys' fees in connection with the Anti-SLAPP Motion and MJOP.

1  IT IS SO STIPULATED.

2

3                                   **STEPHAN E. SEEGER**

4

5  Dated: March 1, 2021          By:    _/s/ Stephan E. Seeger_
                                          Richard G. Novak
6                                        *richard@rgnlaw.com*

7                                        Stephan E. Seeger
                                          (Admitted PRO HAC VICE)
8                                        *Seegerkid2@aol.com*

9                                        *Attorneys for Plaintiffs*
                                          MOSSACK FONSECA & CO., S.A.,
10                                       BUFETE MF & CO., JURGEN MOSSACK
                                          and RAMON FONSECA

11

12                                  **PRYOR CASHMAN LLP**

13

14  Dated: March 1, 2021          By:    _/s/ Michael J. Niborski_
                                          Michael J. Niborski
15                                       *mniborski@pryorcashman.com*

16                                       Tom J. Ferber
                                          (Admitted PRO HAC VICE)
17                                       *tferber@pryorcashman.com*

18                                       *Attorneys for Defendant*
                                          NETFLIX, INC.
19

20

21

22

23

24

25

26

27

28

## <u>ATTESTATION REGARDING SIGNATURES</u>

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.


Dated: March 1, 2021        By:    */s/ Michael J. Niborski*
                                    Michael J. Niborski
                                    *mniborski@pryorcashman.com*